UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                  Case No. 14-25345-BKC-LMI
                                                                         Chapter 7
YAMILET R. MEDINA
SS #XXX-XX-6460


_____Debtor(s)_____ /


### TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on October 14, 2015. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.


Dated:   October 14, 2015                     /s/ Marcia T. Dunn
                                              MARCIA T. DUNN, Trustee
                                              555 N.E. 15 STREET, SUITE 934-A
                                              MIAMI, FL  33132
                                              Telephone: (786) 433-3866
                                              Telefax:  (786) 260-0269

# FINAL DISTRIBUTION

Case Number: 14-25345    LMI                                    Page  1                                    Date: October 14, 2015
Debtor Name: MEDINA, YAMILET R.

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $0.00 |
| | **Claim Type  -** | | | | | | | |
| | MARCIA T. DUNN, TRUSTEE COMPENSATION | Admin | Percent Paid: 100.00 % | $1,128.75 | $1,128.75 | $0.00 | $0.00 | $0.00 |
| | MARCIA T. DUNN, TRUSTEE EXPENSES | Admin | Percent Paid: 100.00 % | $74.23 | $74.23 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type** | | | $1,202.98 | $1,202.98 | $0.00 | $0.00 | |
| | Subtotals For Class Administrative   100.00 % | | | $1,202.98 | $1,202.98 | $0.00 | $0.00 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | Bk Of Amer P.O. Box 7047 Dover, DE 19903 | Unsec | 070 Percent Paid: 54.10 % | $5,928.00 | $3,207.02 | $2,720.98 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 7100-00** | | | $5,928.00 | $3,207.02 | $2,720.98 | $0.00 | |
| | Subtotals For Class Unsecured    54.10 % | | | $5,928.00 | $3,207.02 | $2,720.98 | $0.00 | |
| | << Totals >> | | | $7,130.98 | $4,410.00 | $2,720.98 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

PROPDIS4
Printed: 10/14/15 03:32 PM    Ver: 19.00