## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Yamilet Medina

Case No. 14-25345-LMI
Chapter 7

_____Debtor_____/

### APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, Yamilet Medina, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ 3207.82, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of Yamilet Medina. Applicant further states that:

1. (Indicate one of the following items:)

____ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

____ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

____ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable

Page 1 of 3

LF-27 (rev. 12/01/09)

records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

_X_ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 02/02/2016

Yamilet Medina                Yamilet Medina
Name Under Which Funds Were Deposited    Signature of Applicant
(Note: In addition to signing, complete all information below)

Claim Number _____

Last Four Digits of SS# 6460

Name of Party On Whose Behalf Application Was Filed*

Tax ID (EIN #)_____

Address: Yamilet Medina
9870 Caribbean Blvd
Miami FL 33189

Print Name and Title of Applicant

_____
Print Company Name

_____
Print Street Address

_____
Print City and State

786-942-7038
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on 2/2/16

_____
NOTARY PUBLIC, AT LARGE
STATE OF  FLORIDA



ELENA DYER
MY COMMISSION # EE173329
EXPIRES April 10, 2016
FloridaNotaryService.com

LF-27 (rev. 12/01/09)

Page 3 of 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Yamilet Medina

Case No. 14-25345-LMI
Chapter 7

_____ Debtor _____/

## AFFIDAVIT OF CLAIMANT

1, Yamilet Medina , am (indicate status of claimant)

( ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" _____; or

(✓) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to N/A , a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to N/A , a "funds locator" or attorney, to submit an application on my behalf; or

( ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to _____ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ 3207.02 deposited in this court in the name of Yamilet Medina and representing claim number _____ (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official

Page 1 of 2

LF-28 (rev. 12/01/09)

government photo id to prove your identity.

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 2/2/16

__Yamilet Medina__
signature of claimant or representative of "business" claimant

__Yamilet Medina__
print name

_____
title

_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

__9870 Caribbean Blvd Miami Fl 33189__
address

__786-942-7038__
Phone number

_____
signature of joint debtor (if applicable)

_____
print name

_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me
on __2/2/16__

_____
NOTARY PUBLIC, AT LARGE

STATE OF __FLORIDA__



ELENA DYER
MY COMMISSION # EE173329
EXPIRES April 10, 2016
FloridaNotaryService.com

Page 2 of 2

LF-28 (rev. 12/01/09)

February 29, 2016

My name is Yamilet Medina.
Case # 1425345-LMI

I am asking that the money in the amount of $13,207.02 that I deposited in the court be returned to me, since I am a single mother and need to pay for a roof and food for my daughter. I support her and I have a very low income and does not make enough money to cover all our expenses.

I plead to the court to please grant my request.

Thank you for your attention and help in this matter.

                       *Yamilet Medina*  2/29/16
                       YAMILET MEDINA · DATE

*[signature]*  2/29/16

MARIO RICARDO DE LAS CUEVAS
MY COMMISSION # FF 915660
EXPIRES: September 14, 2019
Bonded Thru Notary Public Underwriters

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                Case No. 14-25345-LMI
                                                                      Chapter 7
Yamilet R. Medina

_____Debtor(s)._____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

(X)   The trustee has a balance of $3,207.02 remaining in the trustee's account which represents unrepresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§ 726, 1226 or 1326 in a case under chapter 7, 12 or 13 of title 11. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )   The trustee has a balance of $___ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: January 27, 2016

*[signature]*

Marcia T. Dunn, Trustee
555 N.E. 15th Street, Suite 934-A
Miami, Florida 33132
Telephone: 786.433.3866
Facsimile: 786.260.0269
E-mail: mdunn@dunnlawpa.com

LF-26 (rev. 12/01/02)

UNCLAIMED FUNDS
Case No. 14-25345-LMI

|  | Claim | Amount |
|---|---|---|
| Bank Of America<br>PO Box 7047<br>Dover, DE 19903 | 1 | $3,207.02 |

LF-26 (rev. 12/01/02)